```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0203--CV (RRB)
                "USA V INLET FISHERIES INC ET AL"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 08/23/05
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (893) Environmental Matters
                    OIL POLLUTION ACT
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1              UNITED STATES OF AMERICA           R. Michael Underhill
                                                        U.S. Department of Justice
                                                        POB 36028
                                                        450 Golden Gate Avenue
                                                        San Francisco, CA 94102-3463
                                                        415-436-6648

                                                        Todd Mikolop
                                                        U.S. Attorney's Office
                                                        222 W. 7th Avenue, #9
                                                        Anchorage, AK 99513
                                                        907-271-5071

                                                        Michael R. Vaughn
                                                        U.S. Department of Justice
                                                        POB 36028
                                                        540 Golden Gate Avenue
                                                        San Francisco, CA 94102-3463
                                                        415-436-6648
                                                        FAX 415-436-6632

DEF 1.1              INLET FISHERIES INC                No counsel found for this party!

DEF 2.1              INLET FISH PRODUCERS INC           No counsel found for this party!

Case 3:05-cv-00203-RRB   Document 3   Filed 08/23/2005   Page 2 of 2

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A05-0203--CV (RRB)
                       "USA V INLET FISHERIES INC ET AL"

                             For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 08/23/05
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (893) Environmental Matters
                    OIL POLLUTION ACT
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by:


Document #   Filed       Docket text

    1 -  1   08/23/05    Verified Complaint filed; Summons issued.

    2 -  1   10/31/05    RRB Minute Order plf is required to take action as to failure to serve.
                         Plf to file proof of service  so as to comply with Rule 4(m).   cc: cnsl

    3 -  1   11/29/05    PLF 1 Attorney Appearance of R. Michael Underhill and Michael R. Vaughn.
```

ACRS: R_VDSDX                As of 12/01/05 at 3:30 PM by GARRY                                Page 1