1  PETER D. KEISLER
   Assistant Attorney General
2  TIMOTHY M. BURGESS
   United States Attorney
3  TODD MIKOLOP
   Special Assistant United States Attorney
4  222 West 7th Avenue, RM 253, #9
   Anchorage, Alaska 99513
5  Telephone: (907) 271-5071
   R. MICHAEL UNDERHILL
6  Attorney in Charge, West Coast Office
   Torts Branch, Civil Division
7  MICHAEL R. VAUGHN
   Trial Attorney
8  Torts Branch, Civil Division
   U.S. Department of Justice
9  7th Floor Federal Bldg., Room 7-5395
   P.O. Box 36028
10 450 Golden Gate Avenue
   San Francisco, California  94102-3463
11 Telephone: (415) 436-6648
   Fax: (415) 436-6632
12 mike.underhill@usdoj.gov
   Michael.Vaughn2@usdoj.gov
13
   Attorneys for Plaintiff United States of America

14

UNITED STATES DISTRICT COURT

15  FOR THE DISTRICT OF ALASKA

16 | UNITED STATES OF AMERICA,           )  Civil No. A05-203-CV (RRB)
   |                                     )
17 |              Plaintiff,             )  IN ADMIRALTY
   |                                     )
18 |      v.                             )
   |                                     )
19 | INLET FISHERIES, INC., INLET FISH)  NOTICE OF RELATED CASE
   | PRODUCERS, INC, *in personam*,      )
20 |                                     )
   |              Defendants.            )
21 |                                     )
   | _____ )
22

23

24  //

25  //

26  //

27  //

28  //

NOTICE OF RELATED CASE – A05-203-CV RRB (RELATED TO NO. A04-0058-CV JWS)

The United States of America hereby gives notice of a related case, to wit: CERTAIN UNDERWRITERS AT LLOYDS v. INLET FISHERIES, INC. and INLET FISH PRODUCERS, INC. v. TOTEM AGENCIES, INC. Case No. A04-0058-CV (JWS).

Dated: January 13, 2006.

PETER D. KEISLER
Assistant Attorney General
TIMOTHY M. BURGESS
United States Attorney
TODD MIKOLOP
Special Assistant U.S. Attorney


/s/ R. Michael Underhill
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
MICHAEL R. VAUGHN
Trial Attorney, Torts Br.
U. S. Dept. of Justice

Attorneys for Plaintiff
United States of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2006, I served a copy of the foregoing Notice of Related Case by first class mail, postage prepaid, upon the following parties:

John Treptow
Dorsey & Whitney LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907

Counsel for Defendant in this action and counsel in Case No. A04-0058-CV.

Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, AK 99501

Counsel in Case No. A04-0058-CV.

Brewster H. Jamieson
Lane Powell
301 West Northern Lights Boulevard, Suite 301
Anchorage, AK 99503-2648

Counsel in Case No. A04-0058-CV.

Christopher W. Nicoll
Nicoll Black Misenti & Feig, PLLC
816 Second Avenue, Suite 300
Seattle, WA 98104-1502

Counsel in Case No. A04-0058-CV.

/s/ Bonnie Li
BONNIE LI