## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2005, I served a copy of the VERIFIED COMPLAINT OF THE UNITED STATES OF AMERICA, the civil cover sheet, and the summons for case A-05-203 CV on:

John Treptow
Dorsey & Whitney
1031 West Fourth Avenue, Suite 600
Anchorage, Alaska 99501

*/s/ Veronica Garner*

VERONICA GARNER

VERIFIED COMPLAINT
OF THE UNITED STATES OF AMERICA

DEPARTMENT OF JUSTICE, TORTS BRANCH
P.O. BOX 36028, 7TH FLOOR, ROOM 5395
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102-3463
(415) 436-6646



United States-Home         Information Center | Customer Support | Site Map

**Package/Envelope Services** | Ship | Track | Manage My Account | International Tools

## Track Shipments
### Detailed Results

Printable Version   Quick Help

| Tracking number | 790725953215 | Reference | Inlet Fisheries |
|---|---|---|---|
| Signed for by | A.BARTON | Destination | Anchorage, AK |
| Ship date | Nov 28, 2005 | Delivered to | Receptionist/Front Desk |
| Delivery date | Nov 30, 2005 11:30 AM | Service type | Priority Envelope |
|  |  | Weight | 0.5 lbs. |
| Status | Delivered |  |  |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Nov 30, 2005 | 11:30 AM | Delivered | Anchorage, AK | |
|  | 8:40 AM | On FedEx vehicle for delivery | ANCHORAGE, AK | |
|  | 7:57 AM | At local FedEx facility | ANCHORAGE, AK | |
| Nov 29, 2005 | 1:22 PM | Departed FedEx location | OAKLAND, CA | |
|  | 9:23 AM | In transit | OAKLAND, CA | |
|  | 9:21 AM | Arrived at FedEx location | OAKLAND, CA | |
|  | 4:05 AM | Departed FedEx location | OAKLAND, CA | |
| Nov 28, 2005 | 4:11 PM | Picked up | SAN FRANCISCO, CA | |
|  | 4:11 PM | Package data transmitted to FedEx | | |

**Wrong Address?** Reduce future mistakes by using FedEx Address Checker.

**Shipping Freight?** FedEx has LTL, air freight, surface and air expedited freight, multi piece package deliveries, and ocean freight.

Need to track a FedEx SmartPost shipment?

Signature proof | Email results | Track more shipments

### Subscribe to tracking updates (optional)

Your Name:          Your Email Address:

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
|  | English |  |  |
|  | English |  |  |
|  | English |  |  |
|  | English |  |  |

Select format:  HTML   Text   Wireless

Add personal message:

Not available for Wireless or non-English characters.

By selecting this check box and the Submit button, I agree to these Terms and Conditions.    Submit

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx