1   PETER D. KEISLER                          THE HONORABLE RALPH R. BEISTLINE
    Assistant Attorney General
2   TIMOTHY M. BURGESS
    United States Attorney
3   R. MICHAEL UNDERHILL
    Attorney in Charge
4   Torts Branch, Civil Division
    MICHAEL R. VAUGHN
5   Trial Attorney
    U.S. Department of Justice
6   7th Floor Federal Bldg., Room 7-5395
    P.O. Box 36028
7   450 Golden Gate Avenue
    San Francisco, California  94102-3463
8   Telephone: (415) 436-6646
    Fax: (415) 436-6632
9
    Attorneys for Plaintiff United States of America
10
                    UNITED STATES DISTRICT COURT
11                   FOR THE DISTRICT OF ALASKA

12  UNITED STATES OF AMERICA,            )    Civil No. A05-203-CV (RRB)
                                         )
13               Plaintiff,              )    IN ADMIRALTY
                                         )
14          v.                           )
    INLET  FISHERIES,  INC.,  and  INLET FISH )
15  PRODUCERS, INC., *in personam,*          )    STIPULATED DISMISSAL
                                         )
16               Defendants.             )
                                         )
17  _____ )

18

19

20         WHEREFORE, the parties having settled this action, and based upon the undersigned

21  consents of counsel, it is hereby

22         ORDERED that the United States' Complaint and action against INLET FISHERIES, INC.,

23  and INLET FISH PRODUCERS, INC., *in personam,* shall be, and the same are, hereby dismissed

24  pursuant to Rule 41(a)(2) of the Fed.R.Civ.P.; and it is further

25         ORDERED that this dismissal herein shall encompass a full and final settlement and

26  dismissal, with prejudice, of any and all claims for response costs and damages presently (i) known

27  by the United States and/or (ii) paid by the United States and/or (iii) submitted to the United States,

28  such claims for response costs and damages including all such claims within the meaning of sections

STIPULATED DISMISSAL - A05-203-CV (RRB)

1  1002(b) and 1013 of the Oil Pollution Act of 1990, 33 U.S.C. § 2702(b) and 33 U.S.C. § 2713; and

2  it is further

3      ORDERED that, notwithstanding any other provision of the parties' settlement and this

4  dismissal herein, the parties' settlement and this dismissal is wholly without prejudice to the

5  following claims, rights, and actions of the United States, to wit, solely in the event that, subsequent

6  to entry of this dismissal herein, claims presently unknown to the United States are thereafter

7  submitted to the United States Coast Guard, National Pollution Funds Center, Oil Spill Liability

8  Trust Fund, pursuant to section 1013 of the Oil Pollution Act of 1990, 33 U.S.C. § 2713, the United

9  States shall have the right, without limitation, to assert any and all claims, rights, and actions against

10  INLET FISHERIES, INC., and INLET FISH PRODUCERS, INC., and/or any other persons or

11  entities, including, but not limited to, Vincent Goddard, with respect to subrogation rights under

12  section 1012(f) of the Oil Pollution Act of 1990, 33 U.S.C. § 2712(f), seeking recovery of any and

13  all removal costs and damages that may be paid by the United States Coast Guard, National Pollution

14  Funds Center, Oil Spill Liability Trust Fund, to any such claimant; and it is further

15      ORDERED that this dismissal herein shall include, without limitation, a full and complete

16  waiver and dismissal, with prejudice, of any and all claims and actions, whether heretofore asserted

17  or not, that defendants INLET FISHERIES, INC., and INLET FISH PRODUCERS, INC., asserted

18  or could have asserted against the United States, including, but not limited to, claims asserted against

19  the U.S. Coast Guard National, Pollution Funds Center, Oil Spill Liability Trust Fund, pertaining

20  to, or arising from, the oil spill incident that forms the basis of the complaint and action herein; and

21  it is further

22      ORDERED that the parties shall bear their own costs and fees.

23      IT IS SO ORDERED.

24  Dated: _____

25                THE HONORABLE RALPH R. BEISTLINE
              UNITED STATES DISTRICT JUDGE

26

27  //

28  //

1    WE HEREBY CONSENT TO ENTRY
     OF THE FOREGOING ORDER:
2

3    PETER KEISLER
     Assistant Attorney General
4    TIMOTHY M. BURGESS
     United States Attorney
5    R. MICHAEL UNDERHILL
     Attorney in Charge
6    U. S. Dept. of Justice

7
     /s/ Michael R. Vaughn
8    MICHAEL R. VAUGHN
     Trial Attorney
9
     Attorneys for Plaintiff
10   United States of America

11

12   DORSEY & WHITNEY LLP

13

14   By: /s/ John A. Treptow
          JOHN A. TREPTOW
15
     Attorneys for Inlet Fisheries, Inc., and
16   Inlet Fish Producers, Inc.

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //