PETER D. KEISLER  
Assistant Attorney General  
TIMOTHY M. BURGESS  
United States Attorney  
R. MICHAEL UNDERHILL  
Attorney in Charge  
Torts Branch, Civil Division  
MICHAEL R. VAUGHN  
Trial Attorney  
U.S. Department of Justice  
7th Floor Federal Bldg., Room 7-5395  
P.O. Box 36028  
450 Golden Gate Avenue  
San Francisco, California 94102-3463  
Telephone: (415) 436-6646  
Fax: (415) 436-6632  

Attorneys for Plaintiff United States of America

THE HONORABLE RALPH R. BEISTLINE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. A05-203-CV (RRB) |
| Plaintiff, | IN ADMIRALTY |
| v. | |
| INLET FISHERIES, INC., and INLET FISH PRODUCERS, INC., *in personam*, | STIPULATED DISMISSAL |
| Defendants. | |

WHEREFORE, the parties having settled this action, and based upon the undersigned consents of counsel, it is hereby

ORDERED that the United States' Complaint and action against INLET FISHERIES, INC., and INLET FISH PRODUCERS, INC., *in personam*, shall be, and the same are, hereby dismissed pursuant to Rule 41(a)(2) of the Fed.R.Civ.P.; and it is further

ORDERED that this dismissal herein shall encompass a full and final settlement and dismissal, with prejudice, of any and all claims for response costs and damages presently (i) known by the United States and/or (ii) paid by the United States and/or (iii) submitted to the United States, such claims for response costs and damages including all such claims within the meaning of sections

STIPULATED DISMISSAL - A05-203-CV (RRB)

1  1002(b) and 1013 of the Oil Pollution Act of 1990, 33 U.S.C. § 2702(b) and 33 U.S.C. § 2713; and
2  it is further
3      ORDERED that, notwithstanding any other provision of the parties' settlement and this
4  dismissal herein, the parties' settlement and this dismissal is wholly without prejudice to the
5  following claims, rights, and actions of the United States, to wit, solely in the event that, subsequent
6  to entry of this dismissal herein, claims presently unknown to the United States are thereafter
7  submitted to the United States Coast Guard, National Pollution Funds Center, Oil Spill Liability
8  Trust Fund, pursuant to section 1013 of the Oil Pollution Act of 1990, 33 U.S.C. § 2713, the United
9  States shall have the right, without limitation, to assert any and all claims, rights, and actions against
10 INLET FISHERIES, INC., and INLET FISH PRODUCERS, INC., and/or any other persons or
11 entities, including, but not limited to, Vincent Goddard, with respect to subrogation rights under
12 section 1012(f) of the Oil Pollution Act of 1990, 33 U.S.C. § 2712(f), seeking recovery of any and
13 all removal costs and damages that may be paid by the United States Coast Guard, National Pollution
14 Funds Center, Oil Spill Liability Trust Fund, to any such claimant; and it is further
15     ORDERED that this dismissal herein shall include, without limitation, a full and complete
16 waiver and dismissal, with prejudice, of any and all claims and actions, whether heretofore asserted
17 or not, that defendants INLET FISHERIES, INC., and INLET FISH PRODUCERS, INC., asserted
18 or could have asserted against the United States, including, but not limited to, claims asserted against
19 the U.S. Coast Guard National, Pollution Funds Center, Oil Spill Liability Trust Fund, pertaining
20 to, or arising from, the oil spill incident that forms the basis of the complaint and action herein; and
21 it is further
22     ORDERED that the parties shall bear their own costs and fees.
23 IT IS SO ORDERED.
24 Dated: 6/5/06
25     THE HONORABLE RALPH R. BEISTLINE
    UNITED STATES DISTRICT JUDGE
26
27 //
28 //